# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHAEL JOHNSON HUNNEWELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1374

[November 25, 2020]

Appeal from the Circuit Court for the 15th Judicial Circuit, Palm Beach County; Joseph George Marx, Judge; L.T. Case No. 17CF007361AMB.

Carey Haughwout, Public Defender, and Scott T. Pribble, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Kimberly T. Acuña, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN, and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***